In the Matter of the Liquidation of the GENERAL INDEMNITY CORPORATION OF AMERICA.

SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator, Respondent; INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Appellant.

Argued October 5, 1937; decided October 19, 1937.

*John J. Bennett, Jr.,* Attorney-General (*Paul Balsam, Henry Epstein* and *Joseph A. McLaughlin* of counsel), for appellant.

*Irvin Waldman* and *Alfred C. Bennett* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J.